### 1975.  WHITLEY *v.* CITY OF ATLANTA.

POWELL, J.   1. The questions of law involved are controlled by the decision of this court in *Athens* v. *Atlanta*, 6 *Ga. App.* 244 (64 S. E. 711), and by the opinion of the Supreme Court in answer to the questions certified by this court in the case of *Loeb* v. *Jennings*, 133 *Ga.* 796 (67 S. E. 101).

2. The evidence, though not wholly conclusive, is not legally insufficient to support the conviction.                    *Judgment affirmed.*

Certiorari; from Fulton superior court—Judge Ellis.   May 25, 1909.

Argued July 14, 1909—Decided February 22, 1910.

*Anderson, Felder, Rountree & Wilson,* for plaintiff in error.

*W. P. Hill, J. L. Mayson,* contra.

---

### 1976.  HARBUCK *v.* CITY OF ATLANTA.

POWELL, J.   1. In the main, the case is governed·by the decision this day rendered in *Whitley* v. *Atlanta*, supra (67 S. E. 108).

2. "By analogy to the rule in misdemeanor cases, all who participate either directly or accessorially in the violation of a municipal ordinance may be held as principals." *Toney* v. *Atlanta*, 6 *Ga. App.* 356 (64 S. E. 1106).

3. The evidence, though weak and circumstantial, is not, legally speaking, insufficient to support the conviction.                    *Judgment affirmed.*